Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LA-Z-BOY INCORPORATED, a Michigan corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-06880-DMG-JEM<br><br>Honorable Judge Dolly M. Gee<br>Courtroom 8C, 8th Floor<br><br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: August 26, 2021<br>Trial Date: None |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1    Plaintiff, Portia Mason ("Plaintiff") hereby notifies the Court that the claims

2  of Plaintiff have settled on an individual basis.  A notice of dismissal of Plaintiff's

3  individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)

4  will be filed upon execution of a formal settlement agreement.  Plaintiff reserves

5  the right to reopen within forty-five (45) days if a settlement is not finalized.

6

7  Dated: October 12, 2021                    Respectfully Submitted,

8

9                                             */s/ Thiago M. Coelho*
                                              Thiago M. Coelho
10                                            **WILSHIRE LAW FIRM**
                                              *Attorneys for Plaintiff and*
11                                            *Proposed Class*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 12, 2021                    */s/ Thiago M. Coelho*
                                           Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
NOTICE OF SETTLEMENT