# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>LA-Z-BOY INCORPORATED, a Michigan corporation; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.: CV 21-6880-DMG (JEMx)<br><br>**ORDER RE VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) [15]** |

1  On December 1, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Doc. # 15].

Good cause appearing, the Court DISMISSES the above-captioned action with prejudice as to Plaintiff's individual claims. Plaintiff's proposed class claims are dismissed without prejudice. Each party must bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 7, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE